## JAMES FRASER
v.
## THOMAS SMITH

### 1811

#### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 350
2. Declaration filed; rule to plead . . . . . . . . " 369

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . .

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED
v.
## JAMES LASSELLE, FRANCIS LASSELLE AND GEORGE McDOUGALL

### 1811

#### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 351
2. Declaration filed; rule to plead . . . . . . . . " 361

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . .